IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELECTRA ENTERTAINMENT GROUP, INC., et al., | ) ) ) | 4:08CV3136 |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | |
| DOES 1-20, | ) ) | |
| Defendants. | ) | |

      Pursuant to NECivR 7.2,

      IT IS ORDERED that the plaintiffs shall submit a proposed order by email to my chambers, Kopf@ned.uscourts.gov, relating to their motion for leave to take immediate discovery (filing 3).

June 26, 2008.                                   BY THE COURT:

                                                                                 s/ *Richard G. Kopf*
                                                                                  United States District Judge