IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; MAVERICK RECORDING COMPANY, a California joint venture; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and ZOMBA RECORDING LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>DOES 1 - 20,<br><br>　　　　　Defendants. | ) Case No. 4:08-CV-03136<br>)<br>) **ORDER GRANTING PLAINTIFFS'**<br>) **MOTION FOR LEAVE TO TAKE**<br>) **IMMEDIATE DISCOVERY**<br>) |

　　　　Upon the Plaintiffs' Motion for Leave to Take Immediate Discovery (filing 3), the Declaration of Carlos Linares, and the accompanying Memorandum of Law,

　　　　IT IS ORDERED that Plaintiffs may serve immediate discovery on University of Nebraska-Lincoln to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks documents that identify each Doe Defendant, including the name, current (and permanent) addresses and telephone numbers, e-mail addresses, and Media Access Control addresses for each Defendant. The subpoena may also seek all documents and electronically-stored information relating to the assignment of any IP address which UNL cannot link to a specific Doe Defendant. The disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

IT IS FURTHER ORDERED that any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

July 2, 2008                  BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge