IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; MAVERICK RECORDING COMPANY, a California joint venture; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and ZOMBA RECORDING LLC, a Delaware limited liability company,<br><br>   Plaintiffs,<br><br>v.<br><br>DOES 1 - 20,<br><br>   Defendants. | 4:08CV03136<br><br>**ORDER** |

  Pursuant to the joint stipulation of the plaintiffs and the University of Nebraska-Lincoln ([filing 14](#)),

  IT IS ORDERED that the University of Nebraska-Lincoln shall have an extension of time, until August 8, 2008, to file objections to the subpoena that the plaintiffs served upon it on July 10, 2008.

July 24, 2008

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge