IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation, ARISTA RECORDS, LLC, a Delaware limited liability company, ATLANTIC RECORDING CORPORATION, a Delaware corporation, BMG MUSIC, a New York general partnership, CAPITOL RECORDS, LLC, a Delaware limited liability company, INTERSCOPE RECORDS, a California general partnership, LAFACE RECORDS, LLC, a Delaware limited liability company, MAVERICK RECORDING, Company, a California joint venture, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, UMG RECORDINGS, INC., a Delaware corporation, VIRGIN RECORDS AMERICA, INC., a California corporation, WARNER BROS. RECORDS INC., a Delaware corporation, and ZOMBA RECORDING, LLC., a Delaware limited liability company, <br><br>          Plaintiffs, <br><br>    v. <br><br>DOES 1-20, <br><br>          Defendant. | CASE NO. 4:08CV3136 <br><br>ORDER |

This matter comes before the Court on the Plaintiffs' Notice of Dismissal Without Prejudice (Filing No 18). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court finds that the action should be dismissed. Accordingly,

IT IS ORDERED:

1. The Notice of Dismissal (Filing No. 18) is approved;

2. The Complaint (Filing No. 1) is hereby dismissed without prejudice; and

3. The parties shall pay their own costs and attorney's fees.

DATED this 28th day of August, 2008.

                BY THE COURT:

                S/Laurie Smith Camp
                United States District Judge